UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. QUIROGA,<br>    Plaintiff,<br>  v.<br>WELLS FARGO FINANCIAL SERVICES, INC, et al.,<br>    Defendants. | Case No.  14-cv-01332-KAW<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Dkt. No. 13 |

On March 28, 2014, Defendant Wells Fargo filed a motion to dismiss Plaintiff's complaint. On May 27, 2014, the Court referred the parties to ADR.

The parties continue to be engaged in the ADR process and have a phone conference scheduled for August 26, 2014.

Accordingly, the Court vacates the August 21, 2014 hearing on Wells Fargo's motion to dismiss and will consider the matter submitted upon completion of the ADR process.

IT IS SO ORDERED.

Dated: August 11, 2014

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge