Armine Singh (#266694)
  armine@plglawgroup.com
PRIME LAW GROUP, APC
101 North Brand Boulevard PH1920
Glendale, CA 91203
Telephone: (818) 276-2464
Facsimile: (818) 446-2162

Attorneys for Plaintiff
JOHN A. QUIROGA

Robert A. Bailey (#214688)
  rbailey@afrct.com
D. Dennis La (#237927)
  dla@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank, Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. QUIROGA, *an individual*,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO FINANCIAL SERVICES INC.; NDEX WEST, LLC; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 4:14-CV-01332-KAW<br><br>[The Hon. Kandis A. Westmore, Courtroom 4]<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |

**TO THIS HONORABLE COURT:**

Plaintiff, JOHN A. QUIROGA ("plaintiff"), and defendant, WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), through their counsel of record present this notice of settlement and following stipulation to continue the Case Management Conference set for September 2, 2014.

## RECITALS

1. WHEREAS the parties have agreed to a settlement of this matter and are currently memorializing the terms of the settlement agreement;

2. WHEREAS the Case Management Conference is scheduled for September 2, 2014, with a joint report due by the parties on August 26, 2014;

3. WHEREAS on August 11, 2014, this Court entered an order that Wells Fargo's motion to dismiss will be deemed submitted upon completion of the ADR process (Document No. 22);

4. WHEREAS in light of the settlement, no further litigation will be required after the settlement is finalized; and

5. WHEREAS in order to allow the parties to execute the settlement and have a dismissal filed in this action, the parties stipulate to continue the Case Management Conference sixty days to November 3, 2014, and the joint report deadline to October 27, 2014, or to date(s) as otherwise set by the Court.

///

///

**STIPULATION**

**IT IS HEREBY STIPULATED** that the Case Management Conference be continued to November 3, 2014, and the joint report deadline to October 27, 2014, or to date(s) as otherwise set by the Court.

Respectfully submitted,

Dated: August 14, 2014         ANGLIN, FLEWELLING, RASMUSSEN,
                                              CAMPBELL & TRYTTEN LLP


By:   /s/ *D. Dennis La*
         D. Dennis La
         dla@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")


Dated:  August 14, 2014         PRIME LAW GROUP, APC


By:   /s/ *Armine Singh*
         Armine Singh
         armine@plglawgroup.com
Attorneys for Plaintiff JOHN A. QUIROGA

1  **ORDER**

2    The above stipulation is hereby approved by the Court. The Case Management

3 Conference is hereby continued from September 2, 2014 to November 3̶ ⁴, 2014. The deadline for

4 the parties' joint report is extended to October 2̶7̶ ²⁸, 2014.

5  **IT IS SO ORDERED.**

8 DATED: 8/15/14                               /s/ Kandis Westmore
                                              THE HON. KANDIS A. WESTMORE
9                                             UNITED STATES MAGISTRATE JUDGE