ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1   Armine Singh (#266694)
      armine@plglawgroup.com
2   PRIME LAW GROUP, APC
    101 North Brand Boulevard PH1920
3   Glendale, CA 91203
    Telephone: (818) 276-2464
4   Facsimile: (818) 446-2162

5   Attorneys for Plaintiff
    JOHN A. QUIROGA

6

7   Robert A. Bailey (#214688)
      rbailey@afrct.com
8   D. Dennis La (#237927)
      dla@afrct.com
9   ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
10  199 South Los Robles Avenue, Suite 600
    Pasadena, California 91101-2459
11  Telephone:  (626) 535-1900
    Facsimile:   (626) 577-7764
12
    Attorneys for Defendant
13  WELLS FARGO BANK, N.A., successor by
    merger with Wells Fargo Bank, Southwest,
14  N.A., f/k/a Wachovia Mortgage, FSB, f/k/a
    World Savings  Bank, FSB
15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19  JOHN A. QUIROGA, *an individual*,          CASE NO.:  4:14-CV-01332-KAW

20                                             [The Hon. Kandis A. Westmore, Courtroom 4]
              Plaintiff,
21                                             **STIPULATION PURSUANT TO FED. R.
                                               CIV. P. RULE 41(a) DISMISSING ACTION**
22  vs.                                        **WITH PREJUDICE; ~~PROPOSED~~ ORDER**

23
    WELLS FARGO FINANCIAL SERVICES
24  INC.; NDEX WEST, LLC; and DOES 1
    through 20, inclusive,
25
26              Defendants.

27

28

                                    1

**ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP**

1

**STIPULATION**

2    1.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff John A.

3  Quiroga and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank

4  Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells

5  Fargo"), through their counsel of record, hereby stipulate to dismiss the above-captioned action

6  with prejudice in its entirety.

7    2.    The undersigned parties consent to the entry of a judgment dismissing the action

8  with prejudice.

9    3.    The undersigned parties each agree to bear their own attorneys' fees and costs.

10

11

12                                        Respectfully submitted,

13

14  Dated: October 3, 2014                 PRIME LAW GROUP, APC

15

16                                        By:   /s/ *Armine Singh*
                                              Armine Singh

17                                            armine@plglawgroup.com
                                           Attorneys for Plaintiff JOHN A. QUIROGA

18

19  Dated: October 3, 2014                 ANGLIN, FLEWELLING, RASMUSSEN,
                                              CAMPBELL & TRYTTEN LLP

20

21                                        By:   /s/  *D. Dennis La*
                                              D. Dennis La

22                                            dla@afrct.com
                                           Attorneys for Defendant

23                                         WELLS FARGO BANK, N.A., successor by
                                           merger with Wells Fargo Bank Southwest, N.A.,

24                                         f/k/a Wachovia Mortgage, FSB, f/k/a World
                                           Savings Bank, FSB ("Wells Fargo")

25

26

27

28

CASE NO.:  4:14-CV-01332-KAW
                                           JOINT STIPULATION RE: DISMISSAL

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

### ORDER

2 Based on the Joint Stipulation between plaintiff John A. Quiroga and defendant Wells

3 Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a Wachovia

4 Mortgage, FSB f/k/a World Savings Bank, FSB ("Wells Fargo") filed on October 3, 2014,

5 AND GOOD CAUSE APPEARING:

6 The above-captioned action is hereby dismissed in its entirety with prejudice.  The clerk

7 shall ~~enter Judgment accordingly and~~ close the case.

8 **IT IS SO ORDERED.**

9

10

11 DATED: 10/6/14

      THE HON. KANDIS A. WESTMORE

12      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.:  4:14-CV-01332-KAW
JOINT STIPULATION RE: DISMISSAL

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION PURSUANT TO FED. R. CIV. P. RULE 41(a) DISMISSING ACTION WITH PREJUDICE; PROPOSED ORDER**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Counsel for Plaintiff:* | *Counsel for Defendant NDeX West LLC:* |
| --- | --- |
| Armine Singh, Esq.<br>Dianna Ter- Vardanyan, Esq.<br>PRIME LAW GROUP, APC<br>101 N. Brand Blvd. PH1920<br>Glendale, CA 91203<br>Tel: 818-276-2464 \| E-Fax: 818-446-2162 | Edward A. Treder, Esq. (#116307)<br>Masumi Jagdish Patel, Esq.<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>edwardt@bdfgroup.com<br>Tel: 626.915.5714 \| Fax: 909.595.7640 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on October 3, 2014.

| Rachelle Guillory | */s/ Rachelle Guillory* |
| --- | --- |
| (Type or Print Name) | (Signature of Declarant) |